**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
**DEPARTMENT OF HUMAN RESOURCES**
**CERTIFICATE OF LIVE BIRTH**

Birth No. 103- 81-014485
8120717

Date Filed: 5196

| Field | Value |
|---|---|
| 1 CHILD – NAME (First, Middle, Last) | Amany Mohamed Raya |
| 2a Date of Birth (Month-Day-Year) | |
| 2b Time | 11:46 P |
| 3 Sex | Female |
| 4a This Birth (Single, Twin, Triplet, etc.) | Single |
| 4b If Not Single Birth, Born first, second, third, etc. | |
| 5a City of Birth | Washington, D.C. |
| 5b Hospital Name | Walter Reed Army Medical Center, Washington, D.C. 20012 |

**PREVIOUS DELIVERIES – HOW MANY OTHER CHILDREN**

| 6b Are now living | 6c Were born alive, now dead | 6d Were born dead (20 weeks or more pregnancy) |
|---|---|---|
| 3 | 1 | 2 |

| Field | Value |
|---|---|
| 6a MOTHER – MAIDEN NAME (First, Middle, Last) | Nabila Salama |
| 6e Age (At time of this birth) | 34 |
| 6f State of Birth, If not USA, Name Country | Egypt |
| 7a Residence-State | D.C. |
| 7b County | |
| 7c City, Town, or Location | Washington |
| 7d Street and Number | 1907 – 3rd St., N.W. Apt 201 |
| 7e Is Residence Inside City Limits? | Yes |
| 8a FATHER – NAME (First, Middle, Last) | Mohamed Aly Raya |
| 8b Age (At time of this birth) | 43 |
| 8c State of Birth, If not USA, Name Country | Egypt |
| 9a INFORMANT (Full Name or Signature) | Mohamed Raya |
| 9b Relationship to Child | Father |

10a I certify that the above child was born alive at the place and time stated above.
Signature: [signature]
Typed or Printed Name: James B. Haddock, LTC, MC
10b Date Signed: 14/10/81
10c Attendant – Resident Staff M.D.
10d Mailing Address: Walter Reed Army Medical Center, Washington, D.C. 20012

**MOTHER'S MAILING ADDRESS**

| Field | Value |
|---|---|
| 11a Name | Mrs. Nabila Salama Raya |
| 11b Street Address | 5500 – 16th Street, N.W. |
| 11c City, State, Zip | Washington, D.C. 20011 |

I CERTIFY THAT THE ABOVE IS A TRUE AND CORRECT REPRODUCTION OF THE ORIGINAL CERTIFICATE FILED IN ORDER WITH THE VITAL RECORDS DIVISION, DISTRICT OF COLUMBIA DEPARTMENT OF PUBLIC HEALTH.

OCTOBER 15, 1981

JOHN H. CRANDALL, CHIEF



DISTRICT OF COLUMBIA
DEPARTMENT OF HUMAN SERVICES
WASHINGTON, D.C.

473867

# CERTIFICATE OF BIRTH

This is to certify that the following information has been taken from the original record of birth.

Name AMANY MOHAMED RAYA

Date of Birth:                                    Sex FEMALE            Certificate Number 08-81-014485
Name of Father MOHAMED ALY RAYA
Maiden Name of Mother NABILA SALAMA
Date Issued 08-26-1988          Date Recorded 0-15-1981

JOHN H. CRANDALL
REGISTRAR

DHS 1510 (3/83)

# Walter Reed Army Medical Center
## Washington, D.C.



**This Certifies** that was born to NABILA SALAMA AND MOHAMED ALY RAYA at 1146 P.M. on _____ the _____ day of _____ in this Hospital AMANY MOHAMED RAYA

**In Witness Whereof** the said Hospital has caused this Certificate to be signed by its duly authorized officer and its Official Seal to be hereunto affixed.

_____
Attending Physician

_____
Commanding General

44