Case 7:09-cv-00169-GEC-mfu   Document 1-2   Filed 05/12/09   Page 1 of 6   Pageid#: 11



45

| | |
|---|---|
| **LA RÉPUBLIQUE ARABE D'EGYPTE**<br>MINISTERE DES AFFAIRES ETRANGERES<br><br>**PASSEPORT DIPLOMATIQUE**<br><br>No. 17422<br><br>Délivré au Caire le 26-5- 1979 | جمهورية مصر العربية<br>وزارة الخارجية<br><br>جواز سفر دبلوماسى<br><br>رقم ١٧٤٢٢<br><br>صدر فى القاهرة بتاريخ ٢٦/٥/١٩٧٩ |

46

| | |
|---|---|
| 3<br>MINISTÈRE DES AFFAIRES ÉTRANGÈRES<br><br>Le Ministre des Affaires Etrangères prie les Autorités des Pays Amis de laisser passer librement<br><br>M.₹.<br>Mohamed Aly Mohamed Raya<br>Attaché Adminis. au Bureau Militaire à l'Ambassade de la République Arabe d'Égypte à Washington<br><br>et de lui accorder toute aide et assistance<br><br>Le Ministre des Affaires Etrangères | ٢<br>وزارة الخارجية<br>يرجو وزير الخارجية من سلطات الدول الصديقة السماح بحرية المرور<br>للسيد .....<br>محمد على محمد ريه<br>ملحق إدارى<br>بالمكتب الحربى<br>بسفارة جمهورية مصر العربية<br>واشنطن<br>وتقديم كل ما يحتاج إليه من مساعدة ورعاية<br>وزير الخارجية |

47

| | |
|---|---|
| 5  PHOTOGRAPHIE   الصورة | 4  هذا الجواز صالح للسفر |
| | لجميع بلاد العالم |
| | CE PASSEPORT EST VALABLE POUR |
| | **TOUS PAYS** |
| | ينتهي العمل بهذا الجواز |
| | LA VALIDITÉ DE CE PASSEPORT EXPIRE |
| | بتاريخ ٢٥ ـ ٥ ـ ١٩٨٣ |
| Signature du titulaire  توقيع حامل الجواز | Le 25-5-1983 |
| mohamed Raya | |
| mohamed Raya | RENOUVELLEMENT   التجديد |
| Date et lieu de Naissance  تاريخ وجهة الميلاد | تجدد هذا الجواز |
| ٢ ـ ١٢ ـ ١٩٢٧ | حتى |
| Dakahlia  دقهلية | Ce passeport renouvelé à |
| | est valide jusqu'au |
| | وزير الخارجية   Le Ministre des Affaires Étrangères |
| | بتاريخ   Le |

48



