MINISTRY OF DEFENCE
Armed Forces Officers Affairs Dept.
Personal Affairs and Social Services Branch
No. : 34

Date: 12/19/2004

## To : The Foreign Ministry

| R. A. | Rank | Name | Purpose | Remarks |
|---|---|---|---|---|
| 41866 | Pensioned Technical Captain | Mohamed Aly Mohamed Raya | Description | |

*The above mentioned is an A.F. Officer. His service with the Armed Forces was terminated on 16/3/1983 due to health unfitness (Note that he was delegated to work with The Military Office of the Embassy of The Arab Republic of Egypt in Washington for a period of two years as of June, 12th 1979 and terminated on June, 11th, 1981).



Staff General/ Mamdouh Ahmed Abdel Haq

Director of Armed Forces Officers Affairs Dept.

Signature ( Signed )

Colonel/ Mohamed Yaser Mohamed Talaat

Head of Personal Affairs and Social Services Branch

The document was legalized by the A.R.E. FOREIGN MINISTRY NOTARIZATION OFFICE under No.: 38731 on 19/12/2004



وزارة الدفاع

إدارة شئون ضباط القوات المسلحة

فرع الشئون الشخصية والخدمة الاجتماعية

الرقـم : ٤٣

التاريخ : ١٩/١٢/٢٠٠٤

الى/وزارة الخارجيه

| ملاحظات | الغرض | اسم | رتبه | ت . ش |
|---|---|---|---|---|
| //// | البيان | محمد على محمد ريه | نقيب فنى بالمعاش | ٤١٨٦٦ |

*سيادته من ضباط ق . م . و قد أنهيت خدمتــه فى ١٩٨٣/٠٣/١٦م . بسبب لعــدم اللياقه الصحيه (( علما بأنه كان منتدبا للعمل بالمكتب الحربى بسفاره جمهوريه مصر العربيه فى واشنطن لمده عامين خلال الفترة من ١٩٧٩/٦/١٢ الى ١٩٨١/٦/١١ )) //

لواء ٠ ح / ممدوح احمد عبد الحميد
مدير إدارة شئون الضباط للقوات المسلحة

التوقيع (            )

عقيـد / محمـد ياسر محمـد طلعـت
رئيس فرع الشئون الشخصية والخدمة الاجتماعية



EMBASSY OF THE ARAB REPUBLIC
OF EGYPT
IN WASHINGTON D.C.
(CONSULAR SECTION)

سفارة جمهورية مصر العربية
في واشنطن
القسم القنصلي

Date: 28 March, 2005

This letter is issued upon the request of the Egyptian Citizen Ms. Amany Mohamed Aly Raya, born in the U.S.A. on             and holder of Egyptian passport No. 1875097 issued at Washington, D.C. on 13 March, 2000.

The Consular Section of the Embassy hereby confirms that upon inspecting the Diplomatic Passport of Mr. Mohamed Aly Mohamed Raya, No. 17422 issued at Cairo, Egypt on 26 May, 1979 and expired on 25 May, 1983, it was found that :-

1-The profession of Mr. Mohamed Aly Mohamed Raya was "Administrative Attache" at the Military Bureau of the Embassy of the Arab Republic of Egypt in Washington D.C.

2- Mr. Raya had an A-2 Multiple Visa issued by the Embassy of the U.S.A. in Cairo, Egypt on 4 June, 1979, and valid until 4 June 1980. Such visa was cancelled without prejudice on 29 June 1979 by the Visa Office of the U.S. Department of States

3- Mr. Raya entered the U.S. on 12 June, 1979.

4- Mr. Raya had a Diplomatic Multiple A-1 Visa issued at Washington D.C. on 12 May, 1980 that was valid until 12 May, 1981.

This letter is issued by the Consular Section to be presented to whom it may concern.

THE CONSUL

---
3521 International Court, N.W. Washington, D.C. 20008, Phone: (202)895-5400, Fax (202)244-4319

Scientific Bureau
FOUAD NEMAH
14 (a) Sherif St. Heliopolis
Tel.:2567808 - 4506210
37 Kasr El Nil St., Cairo, Tel.:1992121
Accurate True Translation

Ma360

**TRANSLATION**

**ARAB REPUBLIC OF EGYPT**
**MINISTRY OF DEFENCE**
**MILITARY INTELLIGENCE AND RECONNAISSANCE DEPARTMENT**
**MILITARY ATTACHÉS BRANCH**

Entry: Planning/2004
Date: 12/12/2004

**CERTIFICATE**

The Military Intelligence and Reconnaissance Department (Military Attachés Branch) hereby certifies that Mr. **Mohamed Aly Mohamed Raya** was delegated to work at the Military Office of the Egyptian Embassy in Washington for two years during the period from June 12th, 1979 to June 11th, 1981.

In witness whereof this certificate has been issued.

Marine Brigadier/ Mamdouh Abdou Al- Imam
Head of the Military Attachés Branch
(Signed)

Seal: Ministry of Defence
      The Armed Forces

---

*I, Fouad Nemah, hereby affirm that I am competent to translate the attached document from Arabic into English and that the translation is accurate*

**Authorship & Translation**
Scientific Bureau
FOUAD NEMAH
14 (a) Sherif St. Heliopolis
Tel.:2567808 - 4506210
37 Kasr El Nil St., Cairo, Tel.:1992121
Accurate True Translation

21-12-2004

City of Roanoke
Commonwealth of Virginia
I certify this to be a complete, full, true and exact reproduction of the original document.
Certified this 21st day of December, 2004.
Kimberly L. Phillips

MY COMMISSION EXPIRES Dec 31 2006

2



EMBASSY OF THE ARAB REPUBLIC
OF EGYPT
IN WASHINGTON D.C.
(CONSULAR SECTION)

سفارة جمهورية مصر العربية
ن واشنطن
القسم القنصلي

## Translation

### Of Basic Information of a Document Issued by The Egyptian Ministry of Defence

---

**Office:** Officers' Affairs- Division of Personnel Affairs & Social Services.
**No:-** 24
**Date:** 19 December, 2004
**Addressed to:** Egyptian Ministry of Foreign Affairs
**Subject :**

Mr. Mohamed Aly Mohamed Raya is a former officer at the Egyptian Armed Forces. His service terminated on 16 March 1983.

Mr. Mohamed Aly Mohamed Raya worked during his service at the Military Office of The Embassy of the Arab Republic of Egypt in Washington D.C. from 12 June, 1979 to 11 June, 1981.

---

**THE CONSUL**

 

Date: 28 March, 2005

3521 International Court, NW Washington, D.C. 20008, Phone: (202)895-5400, Fax:(202)244-4319

وزارة الدفاع
إدارة المخابرات الحربيه والاستطلاع
فرع الملحقين الحربيين
القيـــد : م ح/ تخطيط / ٢٠٠٤/
التاريــخ : ١٢ / ١٢ / ٢٠٠٤

" شــــــهادة "

تشهد إدارة المخابرات الحربية والإستطلاع ( فرع الملحقين الحربيين ) بأن السيد / محمد على محمد رية  ٠٠ كان منتدبا للعمل بالمكتب الحربى بسفارة جمهورية مصر العربية فى واشنطن لمدة عامين .. خلال الفترة من ١٩٧٩/٦/١٢ وحتى ١٩٨١/٦/١١ ٠

وهذه شهادة منا بذلك

التوقيع {{         }}

عميد بحرى / ممدوح عبده الإمام
رئيس فرع الملحقين الحربيين