LA RÉPUBLIQUE ARABE D'EGYPTE

MINISTERE DES AFFAIRES ETRANGERES

PASSEPORT DIPLOMATIQUE

No. 174923

Délivré au Caire le 26-5-1979

جمهورية مصر العربية

وزارة الخارجية

جواز سفر دبلوماسي

رقم ١٧٤٩٢٣

صادر من القاهرة في ٢٦/٥/١٩٧٩

51



لجميع بلاد المـــ..... هذا الجواز صالح

CE PASSEPORT EST VALABLE POUR

**TOUS PAYS**

ينتهي الصلاحية هذا الجواز

LA VALIDITE DE CE PASSEPORT EXPIRE

25-5-1983 بتاريخ

Le ..............................

تجديد الجواز حتى ............

RENOUVELLEMENT ..................

Ce passeport renouvelé à ..........

est valide jusqu'au ..........

وزير الخارجية

Le Ministre des Affaires Étrangères

بتاريخ

Le ..............................

توقيع حامل الجواز

Signature du titulaire

تاريخ ومحل الميلاد

(1946-12-24)

الفيوم

Dâte et lieu de Naissance

04

Fayoum

53

