

**United States Department of State**
**New Orleans Passport Agency**
*1 Canal Place*
*365 Canal Street – Suite 1300*
*New Orleans, LA 70130-6508*
*1-877-487-2778*

May 4, 2005

Amany M Raya
330 Forest Hill Ave.
Roanoke, VA 24012

Dear Ms. Raya:

This letter is in reference to the passport application you executed at the Post Office in Roanoke, Virginia on June 1, 2004.

The Fourteenth Amendment to the U.S. Constitution, as well as Section 301(a) of the Immigration and Nationality Act of 1952, as amended, and 8 U.S.C. 1401(a), provides that persons born in the United States, and subject to the jurisdiction thereof, are U.S. citizens at birth. It is a well-established principle that children born in the United States to individuals accredited to the United States in a capacity which entitles them to diplomatic privileges and immunities are not born subject to the jurisdiction of the United States and do not benefit from the Fourteenth Amendment's citizenship provision.

Our records indicate that your father, Mohamed Raya, was appointed as Administrative Attache at the Embassy of the Arab Republic of Egypt on June 12, 1979 and that he continued in such capacity until December 13, 1981. You were born on _____ in Washington, D.C. Because your father enjoyed privileges and immunities at the time of your birth, you were not born subject to the jurisdiction of the United States. Therefore, you did not acquire U.S. citizenship under the provisions of the Fourteenth Amendment by virtue of your birth in Washington, D.C. and you are not entitled to a U.S. passport.

Your application will be filed without further action. Regrettably, by law, the passport execution and application fees are non-refundable.

Sincerely,

*Darrell H. Smith*

Darrell H. Smith
Regional Director
New Orleans Passport Agency

To Customer: If you have any questions regarding this letter or your passport application, contact the National Passport Information Center by phone at 1-877-487-2778 (TDD/TTY: 1-888-874-7793). Customer Service Representatives are available Monday through Friday, 8:00 a.m. to 8:00 p.m., ET, excluding Federal holidays. Also, for a wealth of passport and travel information, including where to apply, visit us on-line at travel.state.gov.

Enclosure(s):
Birth Certificate